No. 12–0117/AF.  U.S. v. Cedric B. Hardy.  CCA S31780.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2011.

No. 12–0118/AF.  U.S. v. Julian D. Mogg.  CCA 37840.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2011.

Monday, October 17, 2011

Misc. No. 12–8005/AF.  In re Christopher M. Lanier, Petitioner.  Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus, or in the alternative prohibition was filed under Rule 27(a) on this date.

Misc. No. 12–8003/AF.  In re Andrew P. Witt, Senior Airman (E–4) United States Air Force, and Matthew E. Takara, Senior Airman (E–4) United States Air Force, Petitioners v. The United States, and United States Air Force Court of Criminal Appeals, Respondents.  On consideration of the petition for extraordinary relief in the nature of an emergency stay, it is ordered that said petition is hereby denied.

No. 12–8004/AF.  In re Andrew P. Witt, Senior Airman (E–4) United States Air Force, and Matthew E. Takara, Senior Airman (E–4) United States Air Force, Petitioners v. The United States, and United States Air Force Court of Criminal Appeals, Respondents.  On consideration of Petitioners' motion to submit document, it is ordered that said motion is hereby denied.

